**Ronald Richard SMITH, Petitioner–Appellant,**

v.

**Dan L. DOVE, Warden of FCI Edgefield; United States of America, Respondents–Appellees.**

**No. 01–7881.**

United States Court of Appeals, Fourth Circuit.

Submitted April 18, 2002.

Decided April 25, 2002.

Ronald Richard Smith, Appellant Pro Se.

Before MOTZ, TRAXLER, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Ronald Richard Smith appeals the district court's order adopting the magistrate judge's recommendation denying his 28 U.S.C. § 2241 (1994) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. *See Smith v. Dove*, No. CA–01–2759 (D.S.C. Aug. 31, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*